6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 3 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LAURA RAMONA CRUZ DE SANDOVAL,  )  <br> Petitioner,  ) <br> ) <br> v.  ) <br> ) <br> E.M. TROMINSKI,  ) <br> I.N.S. DISTRICT DIRECTOR,  ) <br> Respondent.  ) <br> ) | C.A. No. B-98-194 |

### ORDER

Upon consideration of the Unopposed Motion to Hold in Abeyance, the Court finds that the Motion should be granted.

It is therefore ORDERED this case shall be held in abeyance pending a decision on appeal in <u>Cantu-Salinas v. Trominski</u>, No. CA B-97-183 (S.D. Tex.), and in related cases.

It is FURTHER ORDERED that Respondent shall be given 45 days from the entry of any dispositive order in <u>Cantu-Salinas v. Trominski</u> and related cases to file responsive pleadings in this matter.

Done this __30th__ day of __March__, 199_9_, in Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE