7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 0 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LAURA RAMONA CRUZ DE SANDOVAL, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. B-98-194 |
| ) | |
| E.M. TROMINSKI, INS ) | |
| DISTRICT DIRECTOR, et al. ) | |
|     Respondents. ) | |
| _____) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSIVE PLEADINGS

COMES NOW, Respondents, by and through Mervyn M. Mosbacker, United States Attorney for the Southern District of Texas, and hereby files this Unopposed Motion for Extension of Time to File Responsive Pleadings in the above-captioned case.

This case is one of 18 cases presently being held in abeyance awaiting a decision by the Fifth Circuit Court of Appeals in the consolidated cases of <u>Cantu-Salinas, et al</u>. On January 22, 2001, Immigration regulations became final which give certain aliens the ability move to reopen their administrative proceedings before the Board of Immigration Appeals. Based on those new regulations, the Government moved to withdraw its appeals in virtually all of the pending appeals consolidated under <u>Cantu-Salinas, et al</u>. On March 27, 2001, the Fifth Circuit Court of Appeals entered an order granting the Government's unopposed motion to dismiss the appeals.

Since that time, the parties have been working toward a resolution of this matter. However, the Government is not ready to file any responsive pleadings or motions within the

time ordered by this Court. There are a number of cases being held in abeyance. Each case requires a review of an often-times voluminous individual A-files to determine if the case meets the requirements of the new regulations. The Government has been consulting with opposing counsel, who is also reviewing her individual case files, to ascertain if an agreement can be reached on how each case should be resolved.

For these reasons, the Respondents respectfully move for an extension of time to file responsive pleadings until June 15, 2001.

Respectfully submitted,

FRANK W. HUNGER
Assistant Attorney General
Civil Division

MERVYN M. MOSBACKER
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
Attorney in Charge
Georgia Bar No. 590315
Federal Bar No. 23937
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Fax: (956) 389-7057

Date: May 10, 2001

## CERTIFICATE OF CONSULTATION

I hereby certify that the foregoing Unopposed Motion for Extension of Time to File Responsive Pleadings was discussed with opposing counsel and that opposing counsel does not have an opposition to the Motion or the amount of time requested.

_____
LISA M. PUTNAM
Special Assistant United States Attorney


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of it in the United States mail, first class postage prepaid, to:

    Lisa S. Brodyaga, Esquire
    Refugio Del Rio Grande
    17891 Landrum Park Rd.
    San Benito, TX 78586

on this the ____10th____ day of _____May_____, 2001.

_____
Lisa M. Putnam
Special Assistant U.S. Attorney