8

United States District Court
Southern District of Texas
ENTERED

MAY 1 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

LAURA RAMONA CRUZ DE SANDOVAL,  )
    Petitioner,  )
  )
v.  )  Civil Action No. B-98-194
  )
E.M. TROMINSKI, INS  )
DISTRICT DIRECTOR, et al.  )
    Respondents.  )
_____)

## ORDER

    Upon consideration of Respondents' Unopposed Motion for Extension of Time to File Responsive Pleadings *(Docket No 7)*, the Court finds that the Motion should be granted.

    IT IS ORDERED that the Respondents shall have until June 15, 2001, to file any responsive pleadings in this matter.

    Done this __14th__ day of __MAY__, 2001, in Brownsville, Texas.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
    *MAGISTRATE*