*/0*

```
                        United States District Court
                        Southern District of Texas
                              ENTERED

                           JUN 1 8 2001

                        Michael N. Milby, Clerk of Court
                        By Deputy Clerk
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LAURA RAMONA CRUZ DE SANDOVAL, )<br>    Petitioner, )<br>)<br>v. )<br>)<br>E.M. TROMINSKI, INS )<br>DISTRICT DIRECTOR, et al. )<br>    Respondents. )<br>_____ ) | Civil Action No. B-98-194 |

### ORDER GRANTING

### UNOPPOSED MOTION TO CONTINUE TO HOLD THE INSTANT CASE IN ABEYANCE, PENDING DECISIONS BY THE SUPREME COURT IN *ST. CYR v. INS*, No. 00-767 *AND CALCANO-MARTINEZ v. INS*, No. 00-1011, AND BY THE FIFTH CIRCUIT COURT OF APPEALS IN *CURIEL-SANCHEZ v. TROMINSKI*, No. 00-41239

Upon consideration of the unopposed motion to continue to hold the instant case in

abeyance pending resolution of two cases currently before the Supreme Court (*St. Cyr v. INS*,

No. 00-767 and *Calcano-Martinez v. INS*, No. 00-1011) and **Curiel-Sanchez v. Trominski,** No.

(DOCKET NO. 9)
00-41239, pending before the Fifth Circuit, and good cause appearing therefore;

IT IS HEREBY ORDERED that said motion be, and the same hereby is GRANTED; and

IT IS FURTHER ORDERED that Petitioner shall have until 45 days following the issuance of a dispositive order in the last of the three above-cited cases to be resolved in which to file any amended pleadings herein, and that Respondents shall have 60 days thereafter in which to file responsive pleadings herein.

Done this __18TH__ day of __JUNE__, 2001, in Brownsville, Texas.

_____
PRESIDING JUDGE