11

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

SEP 0 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LAURA RAMONA CRUZ DE SANDOVAL § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-194 |
| § | |
| E.M. TROMINSKI, ET AL. § | |

TYPE OF CASE:     __X__ CIVIL                              ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**SEPTEMBER 12, 2001 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 4, 2001

TO:     MS. LISA BRODYAGA
        MS. LISA PUTNAM