/5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 9 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LAURA RAMONA CRUZ DE SANDOVAL, )<br>    Petitioner, )<br>        )<br>v. )<br>        )<br>E.M. TROMINSKI, INS )<br>DISTRICT DIRECTOR, et al. )<br>    Respondents. )<br>_____) | Civil Action No. B-98-194 |

## RESPONDENTS' UNOPPOSED MOTION TO
## REMAND TO THE BOARD OF IMMIGRATION APPEALS

COME NOW, the Respondents, by and through Gregory A. Serres, United States Attorney for the Southern District of Texas, and file this unopposed motion to remand this case to the Board of Immigration Appeals ("Board") for re-examination of the Petitioner's motion to reopen her deportation case, filed in April 1992, in light of 8 C.F.R. §3.2(c)(1).

The undersigned has consulted with Lisa Brodyaga, attorney for the Petitioner, who has expressed no opposition to this motion.

WHEREFORE, it is respectfully requested that this motion be granted and this matter be remanded to the Board for consideration of the Petitioner's eligibility for reopening her deportation case in light of 8 C.F.R. §3.2(c)(1).

Respectfully submitted,

GREGORY A. SERRES
United States Attorney
Southern District of Texas

_____
LISA M. PUTNAM
Special Assistant U.S. Attorney
Attorney in Charge
Georgia Bar No. 590315
Federal Bar No. 23937
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051/Fax: (956) 389-7057

Date: November 29, 2001

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of it in the United States mail, first class postage prepaid, to:

Lisa S. Brodyaga, Esquire
Refugio Del Rio Grande
17891 Landrum Park Rd.
San Benito, TX 78586

on this the 29th day of November, 2001.

Lisa M. Putnam
Special Assistant U.S. Attorney

3