IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LAURA RAMONA CRUZ DE SANDOVAL, )<br>    Petitioner, )<br> )<br>v. )<br> )<br>E.M. TROMINSKI, INS )<br>DISTRICT DIRECTOR, et al. )<br>    Respondents. )<br>_____ ) | Civil Action No. B-98-194 |

## ORDER

Upon consideration of the applicable law and the agreement between the Petitioner and the Respondents, the Court grants the unopposed motion to remand this matter to the Board of Immigration Appeals.

It is therefore ORDERED, ADJUDGED AND DECREED that this matter is remanded to the Board of Immigration Appeals for consideration of the Petitioner's eligibility for reopening in light of 8 C.F.R. §3.2(c)(1).

It is further ORDERED, ADJUDGED AND DECREED that the petition for habeas corpus is dismissed as moot.

This is a final Order.

Done this __3rd__ day of __December__, 2001, in Brownsville, Texas.

UNITED STATES DISTRICT JUDGE